JOHN HUENINK ET AL., APPELLEES, v. DENA JOHANNAH HUENINK ET AL., APPELLANTS.

FILED APRIL 30, 1920. No. 21236.

APPEAL from the district court for Lancaster county: FREDERICK E. SHEPHERD, JUDGE. *Affirmed.*

*R. H. Hagelin,* for appellants.

*Tyrrell & Westover, contra.*

DEAN, J.

Except that Dena Johannah Huenink *et al.* are minor defendants and appellants, being grandchildren of John

Huenink and Everdiena Huenink, the pleadings and the material issues involved here are the same as those in *Huenink v. Heitbrink, ante,* p. 520. The decision in that case controls in the present case. The judgment of the district court is therefore

AFFIRMED.

FLANSBURG, J., not sitting.